Michael J. Glidden (MG8451)
PEREZ & MORRIS LLC
17 Squadron Blvd., Suite 410
New City, New York 10956
Tel: (845) 634-5694
Fax: (845) 634-0917
E-mail: mjglidden@perez-morris.com
*Attorney for Defendant, The Kroger Co.*

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN DIAZ, on behalf of himself and all others similarly situated, | : |
| Plaintiffs, | : Case No. 1:18-cv-07953-KPF |
| v. | : **NOTICE OF MOTION** |
| THE KROGER CO., | : |
| Defendant. | : |

PLEASE TAKE NOTICE that Defendant The Kroger Co. ("Kroger"), requests that this Court, pursuant to Fed. R. Civ. Pro. 12(b)(1) and 12(b)(2), dismiss this action for lack of subject matter jurisdiction and lack of personal jurisdiction. The alleged causes of action are now moot. Kroger is not subject to personal jurisdiction in this Court pursuant to New York's long-arm statute. Further, the exercise of jurisdiction over Kroger would violate federal due process requirements.

A memorandum of law and affidavits of Andrew Whiting in support of this Motion are attached.

Dated: New City, New York
       January 18, 2019

**PEREZ & MORRIS LLC**

By: /s/ Michael J. Glidden
    Michael J. Glidden (MG 8451)
17 Squadron Blvd., Suite 410
New City, New York 10956
Tel: (848) 634-5694
Fax: (845) 634-0917
E-mail: mglidden@perez-morris.com

*Attorney for Defendant The Kroger Co.*