# EXHIBIT A

9/18/2018                                                                 Kroger

| To start shopping now, find a store! | Find a Store | |
|---|---|---|
| | bronx, new york | Search |
| | Advanced Search | |

**Stores Near You**                                               View More

**Hayes Kroger**                                                  274.85 miles

7254 Hayes Shopping Court                                         Store Phone:
Hayes, VA 23072

[ Make Preferred Store ]

**Grafton Kroger**                                                275.38 miles

6500-C George Washington                                          Store Phone:
Memorial Hwy
Grafton, VA 23692

[ Make Preferred Store ]