Kroger : Shop Groceries, Find Digital Coupons & Order Online

Kroger | Delivery | Ship

Search

Promotions

View All

Cited in Diaz v Kroger
18Civ7953 Decided 6/4/19
Archived on 6/5/19
This document is protected by copyright.
Further reproductions prohibited without permission.



# Shop Your Way

We make it easier to order groceries anyway, anytime, anywhere.

**Pickup**
Pickup at a store as soon as today

**Delivery**
Delivered to your door in as little as 1 hour

**In Store**
Browse products and add to your shopping list

[Learn More](#)

# Shop Brands



Kroger Brand

Simple Truth

# See Personalized Suggestions

To easily shop items based on your recent purchases and recommended sale items, please sign

Cited in Diaz v Kroger 18Civ7953 Decided 6/4/19

Archived on 6/5/19

This document is protected by copyright. Further reproduction is prohibited without permission.



Pet

Baby

Cleaning & Household

Adult Beverages

Cited in Diaz v Kroger
18Civ7953 Decided 6/4/19
Archived on 6/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.



Cited in Diaz v Kroger
18Civ7953 Decided 6/4/19
Archived on 6/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

Digital Coupons

Our Payment Cards

Help

**ABOUT THE COMPANY**

About the Company

Advertise With Us

Careers

Community

Express HR

Investor Relations

Kroger Real Estate

News Room

Vendors & Suppliers

Cited in Diaz v Kroger
18Civ7953 Decided 6/4/19
Archived on 6/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

## COMMUNITY

Kroger Community Rewards

Bringing Hope to the Table

Sharing Courage

Honoring Our Heroes

Salvation Army

Sustainability

## CUSTOMER SERVICE

FAQs

Account Registration

Contact Us

Customer Comments

Digital Coupons Policy

My Prescriptions FAQs

Recall Alerts

Feedback

## ONLINE SERVICES

Deli/Bakery Ordering

Cited in Diaz v Kroger
18Civ7953 Decided 6/4/19
Archived on 6/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

Digital Coupons

Gift Card Mall

Join Our Customer Panel

Mobile App

Receipt Survey Invitation

Recipes

Request a Donation

Shopping List

Store Locator

Weekly Ad

**Earn FREE GROCERIES!**
**Save More on Fuel**

Manage My Card

**GET THE CARD**
Learn More

Save on Fuel

Earn Free Groceries

Cited in Diaz v Kroger
18Civ7953 Decided 6/4/19
Archived on 6/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.

Connect With Us:

Download the App:

All Contents © Copyright 2019 The Kroger Co. All Rights Reserved
If you are using a screen reader and having difficulty with this website please call 1-800-576-4377.

Pharmacy Privacy Notice

|

Terms and Conditions |

Privacy Policy

Cited in Diaz v Kroger
18Civ7953 Decided 6/4/19
Archived on 6/5/19
This document is protected by copyright.
Further reproduction is prohibited without permission.